JONATHAN M. KELLER ET AL. *v.* ROZ-LYNN
BECKENSTEIN ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 117 Conn. App. 550 (AC 29332), is denied.

*Richard P. Weinstein* and *Nathan A. Schatz,* in support of the petition.

*Michael P. Berman* and *Suzanne LaPlante,* in opposition.

Decided November 17, 2009

STATE OF CONNECTICUT *v.* CHRISTOPHER
THERRIEN

The defendant's petition for certification for appeal from the Appellate Court, 117 Conn. App. 256 (AC 29505), is denied.

*Jeffrey C. Kestenband,* in support of the petition.

*Timothy J. Sugrue,* senior assistant state's attorney, in opposition.

Decided November 17, 2009

STATE OF CONNECTICUT *v.* EDITH J. VARELA

The defendant's petition for certification for appeal from the Appellate Court, 115 Conn. App. 531 (AC 28070), is denied.

*Neal Cone,* senior assistant public defender, in support of the petition.

*Rocco A. Chiarenza,* special deputy assistant state's attorney, in opposition.

Decided December 1, 2009